# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT L. CITROEN, LAW CORPORATION, a Nevada corporation,

      Plaintiff,

vs.

MICRON OPTICS, INC., a Georgia corporation, *et al.*,

      Defendants.

3:16-cv-00570-RCJ-WGC

**ORDER**

Before the court are competing versions of protective orders submitted by the parties: Citroen's, ECF No. 69 at pp. 4-9, and Micron's, ECF No. 70-3 at pp. 2-6.

As best as the court can ascertain in reviewing the parties' proposals, the parties agree the protective order (whichever version is utilized) would pertain to tax-related documents obtained from Mr. Citroen's tax preparer, Mel Darton, and that such documents should be considered private and confidential.

Where the parties seemingly disagree is whether (1) the protective order should reference "criminal and civil penalties" (ECF No. 69 at 5; 70-2 at 3); and (2) the protective order should restrict or preclude viewing or inspection of Citroen confidential documents by Micron's CEO and COO. (ECF No. 20-3 at 2-6.)

The court adopts the approach suggested by Micron as to these two disputed areas of the proposed protective order. (ECF No. 20-3 at 2-6.) The parties shall meet to discuss finalization of terms in accordance with this order.

///

The court suspects there is a possibility the Citroen tax documents could be the subject of submission to the court. If so, such documents should be filed under seal. The court would suggest the parties consider including the following language in the protective order:

> Any motion regarding filing confidential information and motions to seal shall comply with LR 1A 10-5 and the dictates of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). *See also*, *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016).

**IT IS SO ORDERED.**

DATED: October 31, 2017.

*[signature]*
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE