STEPHEN S. KENT, ESQ.
Nevada State Bar No. 1251
KENT LAW, PLLC
201 West Liberty St., Ste. 320
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 324-9803
ATTORNEYS FOR PLAINTIFF ROBERT
L. CITROEN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

ROBERT L. CITROEN, LAW CORPORATION, a Nevada Corporation,
    Plaintiff,
vs.

MICRON OPTICS, INC., a Georgia corporation and JOHN DOES I through X, ABC Corporations I through X and Black and White Companies I through X,
    Defendants.
_____/
MICRON OPTICS, INC., a Georgia Corporation,
    Counterclaimant,

vs.

ROBERT L. CITROEN, LAW CORPORATION, a Nevada Corporation; ROBERT L. CITROEN, an individual, DOES I-X inclusive, and ROES I-X, inclusive,
    CounterDefendants.
_____/

Case No.: 3:16-cv-000570-RCJ-WGC

STIPULATION FOR EXTENSION OF TIME FOR MICRON TO FILE OPPOSITION TO CITROEN'S MOTION FOR SUMMARY JUDGMENT AND EXTENSION OF TIME FOR CITROEN TO FILE OPPOSITION TO MICRON'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)

    Plaintiff/Counterdefendant, Robert L. Citroen, and Defendant/Counterclaimant Micron Optics, Inc., jointly request an extension of time to file their respective oppositions to the two Motions for Summary Judgment, filed on December 6, 2017 [ECF 73, ECF 76 and ECF 77]. The requested extension to file

oppositions would be through and including Thursday, January 11, 2017. This requested extension is due to the intervening holidays of Christmas and New Years. No prior extensions for these oppositions have been requested.

Dated this 20th day of December 2017

        KENT LAW

BY:    /s/ Stephen S. Kent
       STEPHEN S. KENT
       Nevada State Bar No. 1251
       201 West Liberty St., Ste. 320
       Reno, Nevada 89501
       Telephone: (775) 324-9800
       Facsimile: (775) 324-9803
       Attorneys for Plaintiff,
       ROBERT L. CITROEN

Dated this 20th day of December 2017

        LITTLER MENDELSON, P.C.

BY:    /s/ Montgomery Paek
       PATRICK H. HICKS, ESQ.
       Nevada State Bar No. 4632
       SANDRA KETNER, ESQ.
       Nevada State Bar No. 8527
       MONTGOMERY PAEK, ESQ.
       Nevada State Bar No. 10176
       200 S. Virginia St., 8th Floor
       Reno, Nevada 89501
       Telephone: (775) 348-4888
       Facsimile: (775) 786-0127
       Attorneys for Defendant,
       MICRON OPTICS, INC.

**IT IS SO ORDERED:**

_/s/ R. Jones_
UNITED STATES DISTRICT JUDGE
12-21-2017