STEPHEN S. KENT, ESQ.
Nevada State Bar No. 1251
KENT LAW, PLLC
201 West Liberty St., Ste. 320
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 324-9803
ATTORNEYS FOR PLAINTIFF ROBERT
L. CITROEN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| ROBERT L. CITROEN, LAW CORPORATION, a Nevada Corporation,<br>　　　　Plaintiff,<br>vs.<br><br>MICRON OPTICS, INC., a Georgia corporation and JOHN DOES I through X, ABC Corporations I through X and Black and White Companies I through X,<br>　　　　Defendants.<br>_____/<br>MICRON OPTICS, INC., a Georgia Corporation,<br>　　　　Counterclaimant,<br>vs.<br><br>ROBERT L. CITROEN, LAW CORPORATION, a Nevada Corporation; ROBERT L. CITROEN, an individual, DOES I-X inclusive, and ROES I-X, inclusive,<br>　　　　CounterDefendants.<br>_____/ | Case No.: 3:16-cv-000570-RCJ-WGC<br><br>STIPULATION FOR EXTENSION OF TIME FOR MICRON TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND EXTENSION OF TIME FOR CITROEN TO FILE HIS REPLY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST) |

　　　　Plaintiff/Counterdefendant, Robert L. Citroen, and Defendant/Counterclaimant Micron Optics, Inc., jointly request an extension of time to file their respective reply briefs to the two Motions for Summary Judgment, filed on December 6, 2017 [ECF 73, ECF 76 and ECF 77]. The requested extension to file reply

briefs would be through and including Friday, February 8, 2018. This requested extension is due other briefs counsel has due as well as a trial Citroen's counsel has on January 22, 2018. No prior extensions for these replies have been requested.

Dated this 22nd day of January 2018

                                        KENT LAW

BY:    /s/ Stephen S. Kent
         STEPHEN S. KENT
         Nevada State Bar No. 1251
         201 West Liberty St., Ste. 320
         Reno, Nevada  89501
         Telephone: (775) 324-9800
         Facsimile: (775) 324-9803
         Attorneys for Plaintiff,
         ROBERT L. CITROEN

Dated this 22nd day of January 2018

                                        LITTLER MENDELSON, P.C.

BY:    /s/ Montgomery Paek
         PATRICK H. HICKS, ESQ.
         Nevada State Bar No. 4632
         SANDRA KETNER, ESQ.
         Nevada State Bar No. 8527
         MONTGOMERY PAEK, ESQ.
         Nevada State Bar No. 10176
         200 S. Virginia St., 8th Floor
         Reno, Nevada  89501
         Telephone: (775) 348-4888
         Facsimile: (775) 786-0127
         Attorneys for Defendant,
         MICRON OPTICS, INC.

IT IS SO ORDERED this 6 day of FEB 2018:

_____
UNITED STATES DISTRICT JUDGE