PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
MONTGOMERY PAEK, ESQ., Bar # 10176
LITTLER MENDELSON, P.C.
200 S. Virginia St.
8th Floor
Reno, NV  89501
Telephone:   775.348.4888
Fax No.:    775.786.0127
Email: phicks@littler.com
Email: sketner@littler.com
Email: mpaek@littler.com
Attorneys for Defendant
MICRON OPTICS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. CITROEN, LAW CORPORATION, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICRON OPTICS, INC., a Georgia Corporation and JOHN DOES I through X, ABC Corporations I through X, and Black and White Companies I through X,<br><br>Defendants. | Case No.  3:16-cv-00570-RCJ-WGC<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |
| MICRON OPTICS, INC., a Georgia Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>ROBERT L. CITROEN, LAW CORPORATION, a Nevada Corporation; ROBERT L. CITROEN, an individual, DOES I-X, inclusive, and ROES I-X, inclusive,<br><br>Counter-Defendants. | |

Plaintiff/Counter-Defendant ROBERT L. CITROEN, LAW CORPORATION and Counter-Defendant ROBERT L. CITROEN (hereinafter collectively "Citroen") and Defendant/Counterclaimant MICRON OPTICS, INC. (hereinafter "Micron"), by and through their respective counsel, do hereby stipulate and agree to extend the deadline for filing the

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
200 S. Virginia St.
8th Floor
Reno, NV  89501
775.348.4888

joint pretrial order pursuant to Local Rule 26-4 by thirty (30) days.

On May 17, 2017, this Court issued an Order (ECF No. 90) denying Citroen's Motion for Summary Judgment (ECF No. 76) and granting in part and denying in part Micron's Motion for Summary Judgment (ECF No. 73). Pursuant to the parties' Joint Discovery Plan and Scheduling Order (ECF No. 15), if dispositive motions are filed, the deadline for filing the Joint Pretrial Order will be suspended until thirty (30) days after the decision on the dispositive motions or further court order. Thirty (30) days after the Court's Order on the parties' dispositive motions is Saturday, June 16, 2018. Therefore, the parties' Joint Pretrial order is currently due on Monday, June 18, 2018.

In light of the Court's Order, the parties have consulted and are informally engaged in attempts to resolve the matter. Additionally, the parties intend to retain a private mediator (Hon. Brent Adams (Ret.)) to conduct a mediation in late June or early July, which is the earliest that the parties can attend a mediation in Reno due to both parties' representatives having to travel from out of state (i.e., Atlanta and California) and Mr. Citroen's advanced age. In an effort to avoid additional attorneys' fees and focus on trying to resolve the matter, the parties request a thirty (30) day extension of the deadline for submission of the Joint Pretrial Order up to and including Wednesday, July 18, 2018.

In accordance with Local Rule 26-4, any further requests to extend any discovery deadlines will be made no later than twenty-one (21) days before the expiration of the subject deadline and must be supported by a showing of good cause for the extension. This request for extension made by the parties is made in good faith and not for the

///
///
///
///
///
///
///

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
200 S. Virginia St.
8th Floor
Reno, NV 89501
775.348.4888

purpose of delay.  This request for an extension is limited to only those deadlines set forth herein.  The Court has not set a trial date for this matter.

Dated: May 25, 2018

Dated: May 25, 2018

/s/Stephen S. Kent, Esq.
STEPHEN S. KENT, ESQ.
KENT LAW, PLLC

Attorneys for Plaintiff/Counter-Defendants
ROBERT L. CITROEN, LAW CORPORATION and ROBERT L. CITROEN

/s/Sandra Ketner, Esq.
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.
MONTGOMERY PAEK, ESQ.

LITTLER MENDELSON, P.C.
Attorneys for Defendant/Counterclaimant
MICRON OPTICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated this 29th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:154950961.1 086337.1002

3.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
200 S. Virginia St.
8th Floor
Reno, NV 89501
775.348.4888